UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WARNER, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW L. CATE, et al., <br><br> Defendants. | CASE NO. 1:12-cv-01146-LJO-MJS (PC) <br><br> **ORDER DISREGARDING PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** <br><br> **(ECF No. 55)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter proceeds on Plaintiff's Eighth Amendment failure to protect claims against Defendants Walker, McGaha, Prokop, Spalding, and Fellows. (ECF No. 12.)

On March 16, 2015, Plaintiff filed with the Court his First Request for Production of Documents. (ECF No. 55.) Plaintiff's discovery requests must be served on Defendants pursuant to Federal Rule of Civil Procedure 5 and Local Rule 135. Discovery requests and responses are not filed with the Court unless required by Local Rules 250.2, 250.3, and 250.4. These rules require filing of the request only if there is a proceeding in which the request is at issue. No such proceeding is scheduled in this

1

case.

Accordingly, Plaintiff's filing (ECF No. 55) is HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated:   March 20, 2015           /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE