UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WARNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW L. CATE, et al.,<br><br>　　　　Defendants. | CASE NO. 1:12-cv-1146-LJO-MJS (PC)<br><br>**ORDER:**<br><br>**1) VACATING WRIT OF *HABEAS CORPUS AD TESTIFICANDUM* TO TRANSPORT PLAINTIFF ON AUGUST 14, 2015 (ECF No. 67)**<br><br>**2) ISSUING WRIT OF *HABEAS CORPUS AD TESTIFICANDUM* TO TRANSPORT PLAINTIFF ON SEPTEMBER 4, 2015**<br><br>DATE: September 4, 2015<br>TIME: 10:00 a.m.<br>COURTROOM: 6 (MJS) |

**The Court has moved the evidentiary hearing in this case from August 14, 2015 to September 4, 2015, at 10:00 a.m.  Plaintiff's presence at the Court is <u>no longer required</u> on August 14, 2015, however he <u>is required</u> to be present on September 4, 2015.**

The Court vacates the writ of *habeas corpus ad testificandum* requiring Plaintiff's presence at the Court for the August 14 hearing. (ECF No. 67).

In addition, the Court orders that a writ of *habeas corpus* be issued to transport Plaintiff Earl Warner to the rescheduled evidentiary hearing on September 4, 2015.

Inmate Earl Warner, CDCR # E-32637, a necessary and material witness on his own behalf in the proceedings in this case on September 4, 2015, is confined at California Men's Colony in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a *writ of habeas corpus ad testificandum* issue commanding the custodian to produce the inmate before United States Magistrate Judge Michael J. Seng at the U.S. District Court, Courtroom #6, 2500 Tulare Street, Fresno, California 93721, on Friday, September 4, 2015 at 10:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. The writ of *habeas corpus ad testificandum* issued June 10, 2015 for Earl Warner appearance on August 14, 2015 (ECF No. 67) is VACATED; and
2. A writ of *habeas corpus ad testificandum* shall issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in the proceedings at the U.S. District Court, Courtroom #6, 2500 Tulare Street, Fresno, California 93721, on Friday, September 4, 2015 at 10:00 a.m., until completion of the proceedings or as ordered by Judge Seng.
3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To the Warden of California Men's Colony:**

**WE COMMAND** you to produce the inmate named above to appear before Judge Seng at the time and place above, until completion of the proceedings or as ordered by Judge Seng.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   August 10, 2015               /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE