FILED

SEP 0 4 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WARNER, | 1:12-cv-01146-LJO-MJS (PC) |
| Plaintiff, | NOTICE AND ORDER THAT INMATE EARL WARNER, CDCR # E-32637, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |
| _____ / | (ECF No. 76) |

Evidentiary hearing commenced in this action on September 4, 2015. Inmate **Earl Warner, CDCR # E-32637,** has testified and he is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

IT IS SO ORDERED.

Dated: 9/4/15

The Honorable Michael J. Seng