IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARL WARNER,**<br><br>                              Plaintiff,<br><br>   v.<br><br>**M. CATE, et al.,**<br><br>                              Defendants. | Case No. 1:12-cv-1146 LJO MJS (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE**<br><br>**(ECF No. 93)** |

The Court, having considered Defendants' motion to extend the dispositive motion filing deadline, and good cause appearing:

**IT IS ORDERED**: The deadline for the parties to file dispositive motions is extended from January 15, 2016, to forty-five days after the Court makes a final determination as to whether or not Plaintiff exhausted his administrative remedies.

IT IS SO ORDERED.

Dated:   December 23, 2015               /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE