UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WARNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. CATE, et al.,<br><br>　　　　　Defendants. | OLD CASE NO. 1:12-cv-01146-LJO-MJS (PC)<br><br>NEW CASE NO. 1:12-cv-01146-MJS (PC)<br><br>**ORDER ASSIGNING CASE AND PRESIDING JUDGE** |

On July 23, 2012, and December 8, 2016, respectively, Plaintiff and Defendants filed their consents under 28 U.S.C. § 636(c)(1) to have United States Magistrate Judge Michael J. Seng conduct all further proceedings in this case, including trial and entry of final judgment.

Defendants indicated their consent was limited to Magistrate Judge Seng, and reserved the right to consent or decline to any other Magistrate Judge in the event the case is subsequently reassigned. Defendants are advised that such is not the practice of this district; typically, consent to Magistrate Judge jurisdiction shall be construed as consent to any Magistrate Judge.

However, this case is on the verge of trial and it is clear that Magistrate Judge Seng is intimately familiar with the facts and legal issues presented by this case. In this limited circumstance, therefore, the Court will permit Defendants' limited consent. Accordingly, IT IS HEREBY ORDERED that the above entitled action is assigned to the

docket of Magistrate Judge MICHAEL J. SENG as Presiding Judge.

ALL FUTURE PLEADINGS SHALL BE

NUMBERED AS FOLLOWS:

1:12-cv-01146-MJS (PC)

IT IS SO ORDERED.

Dated:   **December 9, 2016**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES CHIEF DISTRICT JUDGE