UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WARNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. CATE, et al.,<br><br>　　　　　Defendants. | Case No. 1:12-cv-01146-MJS (PC)<br><br>**ORDER DENYING REQUEST FOR MEDIATION AS MOOT** |

Plaintiff Earl Warner is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On August 26, 2016, Plaintiff filed a motion seeking to have his case referred for mediation. (ECF No. 117.) On November 9, 2016, a settlement conference was held and no resolution was reached. (ECF No. 136.) Plaintiff's request is therefore DENIED as moot.

IT IS SO ORDERED.

Dated:　January 15, 2017　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE