UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WARNER,<br><br>            Plaintiff,<br><br>     v.<br><br>MATTHEW L. CATE, et al.,<br><br>            Defendants. | **1:12-cv-01146-MJS (PC)**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>**(ECF No. 143)**<br><br>**ORDER APPOINTING COUNSEL** |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  On December 13, 2016, plaintiff filed a motion to appoint counsel.  (ECF No. 143.)  The Court will grant plaintiff's motion.  Bryan J. Wilson, Daniel C. Hubin, and Teresa A. MacLean have been selected from the court's pro bono attorney panel to represent plaintiff and have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to appoint counsel is granted and Bryan J. Wilson, Daniel C. Hubin, and Teresa A. MacLean are appointed as counsel in the above entitled matter.

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order on Bryan J. Wilson,

Daniel C. Hubin, and Teresa A. MacLean, Morrison & Foerster LLP, 755 Page Mill Rd., Palo Alto, CA 94304, 8080 N. Palm Ave., Suite 340, Bakersfield, CA 93309.

IT IS SO ORDERED.

Dated:   January 20, 2017          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE