UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WARNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. CATE, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-01146-MJS (PC)<br><br>**ORDER ON DEFENDANTS' REQUEST FOR CLARIFICATION**<br><br>**(ECF No. 127)** |

　　　　Plaintiff Earl Warner is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.

　　　　On September 23, 2016, this Court granted Plaintiff a fourteen-day extension of time to file a motion to compel. (ECF No. 124.) On September 30, 2016, Plaintiff's motion to compel was filed. (ECF No. 126.) On October 4, 2016, Defendants filed the instant "Request for Clarification." (ECF No. 127.) Therein, Defendants point out that the CM/ECF docket text accompanying the Court's September 23, 2016 order states "Discovery due by October 11, 2016." Defendants ask for an explanation of this docket entry.

　　　　The directive "Discovery due by October 11, 2016" resulted from pure clerical error. The docket text has been corrected to reflect that Plaintiff's *motion to compel*

discovery was due by October 11, 2016. (See ECF No. 124.)

      Accordingly, ECF No. 124 is HEREBY SO CLARIFIED.

IT IS SO ORDERED.

Dated:   February 1, 2017        /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE