UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WARNER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>M. CATE, et al.<br><br>　　　　　Defendants. | CASE NO. 1:12-CV-1146 -MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR THE APPOINTMENT OF AN EXPERT WITNESS**<br><br>**(ECF No. 139)** |

　　　　Plaintiff is a prisoner proceeding with counsel and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.

　　　　On December 5, 2016, a time in which Plaintiff was proceeding pro se, Plaintiff filed a motion for the Court to appoint an expert witness to testify on Plaintiff's behalf at trial. (ECF No. 139.)

　　　　There exists no authority for the appointment of an expert for the benefit of one party over the other.

　　　　Under Federal Rule of Evidence 706, the Court retains the right to appoint an expert witness when doing so would provide a benefit to the *Court*, i.e. in understanding

a particularly complex or technical issue. The Court is not in need of an independent, Court appointed expert in this case.

Accordingly, Plaintiff's motion for appointment of an expert witness is DENIED.

IT IS SO ORDERED.

Dated: June 22, 2017      /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE