1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   EARL WARNER,                          Case No.  1:12-cv-01146-MJS (PC)

12               Plaintiff,                 ORDER THAT INMATE EARL WARNER,
                                            CDCR # E-32637 IS NO LONGER NEEDED AS
13        v.                                A PARTICIPANT IN THESE PROCEEDINGS,
                                            AND THE WRIT OF HABEAS CORPUS AD
14   M. CATE, et al.,                       TESTIFICANDUM IF DISCHARGED

15               Defendants.

16

17        A settlement conference in this matter commenced on August 16, 2017, inmate Earl

18   Warner CDCR # E-32637, is no longer needed by the Court as a participant in these proceedings,

19   and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

20

21   IT IS SO ORDERED.

22   Dated:   **August 16, 2017**    _____

23                                   UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

                                             1