# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WARNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW L. CATE, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-01146-MJS<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES; AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN NINETY DAYS |

　　　　The Court conducted a settlement conference in this action on August 16, 2017, at which the parties reached a settlement agreement.

　　　　Based upon the settlement of this action, it is HEREBY ORDERED that:

　　　　1.　　All pending matters and dates in this are VACATED;

　　　　2.　　The parties shall file dispositional documents within ninety (90) days from the date of service of this order; and

　　　　3.　　The Court shall retain jurisdiction to enforce the settlement agreement reached by the parties should an issue arise before dismissal.

IT IS SO ORDERED.

Dated:　**August 16, 2017**　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1