# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WARNER,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW L. CATE, et al.,<br><br>    Defendants. | **CASE NO. 1:12-cv-01146 MJS (PC)**<br><br>**ORDER STRIKING REQUEST FOR DEFAULT JUDGMENT**<br><br>**(ECF No. 173)** |

Plaintiff Earl Warner is a state prisoner proceeding in forma pauperis and with appointed counsel in this civil rights action pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's first amended complaint ("FAC") against Defendants Walker, Davis, Prokop, Spralding, and Fellows for failure to protect in violation of the Eighth Amendment. (ECF No. 10.) The parties have consented to full magistrate judge jurisdiction. (ECF Nos. 5; 140.)

On January 20, 2017, the Court granted Plaintiff's motion to appoint counsel (ECF No. 143) and appointed Bryan J. Wilson, Daniel C. Hubin, and Teresa A. MacLean to represent Plaintiff for the duration of this action. (ECF No. 161.)

On January 27, 2017, Plaintiff filed, in propria persona, a request for default judgment contending that that was an appropriate sanction for Defendants' alleged

failure to respond appropriately to discovery requests. (ECF No. 173.) Defendants filed a substantive opposition and also argued that the Court should not consider the motion because a Plaintiff represented by counsel may not file motions in propria persona without court permission. (ECF No. 174.)

By filing a substantive motion pro se, Plaintiff has engaged in hybrid representation without prior authorization. His purported motion will be stricken.

      Consideration of pro se motions in this case would defeat the purpose of appointment of counsel and unduly burden the court. A court need not consider pro se motions filed by a party who remains represented by counsel. See United States. v. El–Alamin, 574 F.3d 915, 923 (8th Cir. 2009); United States v. Hildreth, 485 F.3d 1120, 1125 (10th Cir. 2007); United States v. Vampire Nation, 451 F.3d 189, 206 n. 17 (3rd Cir. 2006); Abdullah v. United States, 240 F.3d 683, 686 (8th Cir. 2001); Ennis v. LeFevre, 560 F.2d 1072 (2d Cir. 1977); Le v. Almager, No. C 08–03293 SBA, 2013 WL 415632 (N.D. Cal. Jan. 31, 2013); United States v. Hoang Ai Le, No. 2:99–cr–433 WBS, No. 2:16–cv–1090 WBS AC, 2016 WL 9447193 (E.D. Cal. July 25, 2016). See also see also United States v. Olano, 62 F.3d 1180, 1193 (9th Cir. 1995) (holding that a criminal defendant does not have the right to proceed pro se when represented by counsel).

      For the foregoing reasons, IT IS HEREBY ORDERED that Plaintiff's pro se request for default judgment (ECF No. 173) is STRICKEN.

IT IS SO ORDERED.

Dated:   October 10, 2017       /s/ *Michael J. Seng*
                                                          UNITED STATES MAGISTRATE JUDGE